JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBYI ANDERSON MEMBRENO BENITIZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-04168-SB-AS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Debyi Anderson Membreno Benitiz's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: August 25, 2026

Stanley Blumenfeld, Jr.
United States District Judge